ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 FEB 26 A II: 20

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| DEBRA BEAUMARCHAIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 306-075 |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the final decision of the Commissioner is **AFFIRMED**, this civil action shall be **CLOSED**, and a final judgment shall be **ENTERED** in favor of the Commissioner.

SO ORDERED this 26th day of February, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE